# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY HEFLIN,**

              **Plaintiff,**

**-vs-**                                                                       **Case No. 6:06-cv-111-Orl-DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## ORDER AND AMENDED SCHEDULING ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **COMMISSIONER'S UNOPPOSED MOTION FOR NEW SCHEDULING ORDER (Doc. No. 20)**
>
> **FILED:**    **August 23, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED,** given the filing of the corrected certified record on August 23, 2006.

In accordance with Local Rule 6.01(c)(21), this action has been referred to the United States Magistrate Judge for appropriate proceedings. In order to facilitate the prompt disposition of this case by the Court, the parties are **ORDERED** to **file** memoranda in support of their respective positions as follows:

| **PARTY** | **DATE** |
|---|---|
| **Plaintiff** | **October 13, 2006** |
| **Commissioner** | **December 15, 2006** |

The parties are requested to file their memoranda in Portable Document Format (PDF) converted directly from a word processor. The filing of scanned documents is less useful and, therefore, disfavored. The memoranda of the parties shall include (where necessary for decision) a detailed analysis (with citations) to the administrative record.

**DONE** and **ORDERED** in Orlando, Florida on August 28, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record